JEFFREY ANDERSON *v.* JOHN J. CONNOLE ET AL.
(5681)

BORDEN, SPALLONE and STOUGHTON, Js.

Submitted on briefs September 28—decision released October 15, 1987

*Albert S. Bill, Jr.,* filed a brief for the appellant (plaintiff).

*Andrew J. O'Keefe* and *Maureen Sullivan Dinnan* filed a brief for the appellees (defendants).

PER CURIAM. There is no error.

ANN M. LORUSSO *v.* RONALD J. NEMEYER
(4922)

BORDEN, DALY and O'CONNELL, Js.

Argued October 6—decision released October 15, 1987

*Richard P. Weinstein,* with whom, on the brief, were *Kerry M. Wisser* and *Michael A. Pepper,* for the appellant (defendant).

*Ira B. Grudberg,* for the appellee (plaintiff).

PER CURIAM. There is no error.